In the United States District Court

Northern District of Mississippi

Oxford Division



RECEIVED

MAR 10 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## Petition and Complaint of Civil Rights Violation

**Paul Lewis** *and Minor child H.D.L*

    Plaintiff – Appellant – Pro Se

V.S.

    3:23 cv 056-MPM-JMV

    Civil Action Number/Case Number

**Donna Floyd,** *in her individual capacity acting under the color of law*

And

**Young Williams**, *Contractor for the M.S. Dept of Human Services*

*Division of Child Support Enforcement, in the company's individual capacity*

*And acting under the color of law*

    Defendant – Appellees

    Come Now, Paul Lewis and thru Paul Lewis, Minor child of H.D.L., to seek relief of a 42 USC 1983 civil right claim of relief to Plaintiff/ Appellants for the violation of Civil right, specifically Plaintiff/Appellant's 1st (prior Restraint), 9th and 14th amendments of the constitution of the United States of America under the color of law , U.S.C. title 18 subsection 241 and 242 under the color of law, Dereliction of Duty under the color of law, Defendant/ Appellees involvement in the violation of *false imprisonment and Kidnapping* under the color of law and Mississippi constitution 6th , 11th , 16th , and 32nd under the color of law against the Defendant/Appellees as listed above.

1. Paul Lewis who is over the age of 21 and minor child H.D.L. is a resident of the State of M.S. and has been for at least the last 5 years and resides in New Albany M.S.

2. Donna Floyd (*Office manager for Young Williams A State of M.S. contractor for the State of M.S. Department of Human Services, Department of Child Support Enforcement Division for the State of Mississippi*) resides in New Albany M.S. as of 08/22/2022 and is currently still a resident of New Albany M.S. to the best of my knowledge as of the filling of this petition of complaint.

3. Young Williams *(Official contractor for the State of M.S., Department of Child Support Division thru contract with the State of M.S. MDHS)*, has an office located at 2550 West Jackson Ave, Suit 6 Oxford M.S. 38655 and Young Williams main office is based out of the State of Mississippi. Main office location is unknown).

4. This court is the proper venue for these civil right violations meeting the four elements for this claim.
   A - Plaintiff - Appellant are citizens of the United States of America

   B - Defendant – Appellees was and is to this day acting under the color of law doing contracted work for the State of M.S. thru Official contract, managing all cases pertaining to child support enforcement in the State of M.S.

   C- Defendant - Appellees deprived Plaintiff - Appellant of transparency of there own child support case by restricting their right to photo/film/record *(prior restraint)* of official contracted pubic officials, in a public lobby of the official M.S. State child support enforcement building, in the course of their duties, also calling another State agency to oppress, intimidate and conspire with the Oxford police Dept. in Oxford M.S. and an supervisor over the State's Child Support program ran by Young Williams thru contract with the State of M.S., as a result of Donna Floyd *in her individual compacity and under the color of law*, an civil rights violation against Plaintiff – Appellant, of being arrested prevented Plaintiff – Appellant of exercising of civils rights.
   .
   D - Defendant – Appellees acted willfully and with specific intent to violate the protected constitutional right of Plaintiff – Appellant after receiving the law packet make specifically for them and after speaking the law in Plaintiff – Appellant own words.

5. There is no other civil case pending on this matter to the best of my knowledge

6. There is a pending Oxford M.S. Municipal court case from the City of Oxford M.S. (case number OM22-01552 against - Plaintiff – Appellant that was caused by Defendant – Appellees continuing to attempt to restrict my civil, right now and in the future, that has not been settled in the Oxford courts, specifically Donna Floyd is a witness against me by way of an official affidavit statement made to the Oxford Police department while Donna Floyd was *acting under the color of law and in her individual compacity*, doing business as an official representative for Young Williams, the official contractor for the State of M.S. child support program. This action is a direct result of having my freedoms violated by way of being arrested for about 5 hours in jail before bond was made. Causing injury to Plaintiff - Appellant freedom as a citizen of the United States of America.

## Facts of Complaint

On 08/22/2022 Plaintiff – Appellant (only Paul Lewis) went to the official office of the M.S. Dept. of Child Support Dept., ran, and managed by Young Williams a contracted entity to handle all child support cases for the State of Mississippi, to get transparency of Plaintiff – Appellant child support case, at approximately 1:00 PM to drop off some notarized papers and a law packet created by Plaintiff – Appellant to support Plaintiff – Appellant civil right to record Defendant – Appellees, Young Williams and there staff.

Plaintiff – Appellant (only Paul Lewis) appeared in person to peacefully exercise the rights of Plaintiff – Appellant transparency of his minor child H.D.L. rights to child support and redress Plaintiff – Appellant complaints peacefully to the official Child Support State Government Dept thru the Official contracted office of Young Williams. for transparency purpose, Plaintiff – Appellant (Paul Lewis) only remained in the public areas of the Official Office building of the M.S. Dept. of Child Support for Union County , ran and managed by Young Williams the official State of M.S. contractor for all of the State of M.S. child support cases, at the address 2550 W Jackson Ave, suite 6 Oxford M.S. 38655.

Per Plaintiff – Appellant Phone recording, 20220222 3, 4 and personal body can 00D2201_EXP626 08-22-2022@1307, an appointment was made and proof of paperwork was received and copies made of paperwork with the originals received back to Plaintiff – Appellant, including the self-made law packet, Appointment was made @ 2:00pm

Plaintiff – Appellant left after copies was received back, and all notarized copies was stamped as received by Young Williams official office for the M.S. child support program, the time was about 1:20PM.

Plaintiff – Appellant evidence of Young Williams contract proof is as follows, (MDHS contract with Young Williams) and Oxford Police Body Cams listed as Paul Lewis-Olsen time stamp 10min and 44sec, Paul Lewis-King time stamp 10min and 44sec., Paul Lewis Williams time stamp 6min and 53sec and Paul Lewis Howell time stamp 2min and 30sec.)

Plaintiff – Appellant returned to the office of the M.S. Dept. of Child Support official office at approx., 1:57 per Plaintiff – Appellant personal body can (00D2201_EXP62608-22-2022@1357)

Per Plaintiff – Appellant personal body can (00D2201_EXP62608-22-2022@1357-time stamp 11min 38sec) Donna Floyd *under the color of law and in her individual compacity* attempted to oppress my civil rights to record my government officials during their duties, by trying to enforce a policy (NOT LAW) of no recording, remined Donna Floyd that policy does not override my civil rights or the constitution and referred Donna Floyd to the law packet already in the possession of Young Williams/M.S. Dept. of Child Support Enforcement (see evidence from Paul Lewis titled... COHEN v CALIF - sincerity & Depth of feelings is not Disturbing the Peace or Disorderly Conduct and see Oxford Police body cam listed as Paul Lewis – Olsen, time stamp 13min and 45sec)

Per Plaintiff – Appellant personal body can (00D2201_EXP62608-22-2022@1357-time stamp 12min and 55 sec., Donna Floyd left the front office area to call someone for guidance that was a Company supervisor of Young Williams , see Oxford Police body cam listed as Paul Lewis Howell time stamp 2min and 30sec, to commit a USC title 18 subsection 241 and 242, violation by Young Williams, *under the color of law and in the individual compacity of said business* and *dereliction of duties under the color of law.*

Defendant – Appellees Donna Floyd returned to the front office area after calling by phone, another staff member that is claimed to be over the Young Williams entity, to continue to violate my civil right for the 2nd attempt, (see Oxford Police body cam listed as Paul Lewis – Olsen, time stamp 26min and 40sec), USC title 18 subsection 241 and 242 violation under the color of law and dereliction of duties under the color of law, Donna Floyd *in her individual compacity and under the color of law*, left the front office area to call the Oxford Police Dept.

Defendant – Appellees Donna Floyd in her *individual compacity and as she was acting under the color of law* called the Oxford Police dept. to violate and cont. to violate Paul Lewis and thru Paul Lewis cont. to violate minor child of Paul Lewis (H.D.L.) civil rights (see Oxford police body can listed as Paul Lewis – King time stamp 00min 50sec to 1min and 05sec).

Plaintiff – Appellant Paul Lewis was arrested illegally for practicing his constitutional rights, after Defendant – Appellees Donna Floyd *in her individual compacity and as she was acting under the color of law* called the Oxford police department, ( see USC code title 18 subsection 241 & 242 ), ( see US v Price case law ) causing Paul Lewis to be illegally arrested and kidnapped, this has caused a de facto arrest causing a faults imprisonment of Paul Lewis's (see Oxford Police body cam listed as Paul Lewis - Ashley Williams time stamp 1min and 50sec)

Defendant – Appellees caused defamation of character under the color of law due to the illegal arrest of Paul Lewis causing his faults imprisonment and de facto arrest of Paul Lewis, this has caused M.S. state acters acting under the color of law to cont. to violate Paul Lewis and his minor child H.D.L. to not be able to practice constitutional rights to redress Plaintiff – Appellant grievances to their government as protected by the United States Constitution and also violated the M.S. Constitution 6th, 11th, 16th and 32nd (see Oxford Police body cam Paul Lewis – Howell time stamp 9min and 44sec and Oxford Police body cam listed as Paul Lewis-Olsen 12min 28sec and Time stamp 20min and 15sec)

Defendant – Appellees Donna Floyd *in her individual compacity and under the color of law, as a state actor,* violated USC title 18 subtitle 241 and 242, Donna Floyd *in her individual capacity and under the color of law* made an official affidavit statement to the Oxford Police dept. about why she in *her individual capacity and under the color of law* called 911, It was the choice of Donna Floyd to file an Official statement of affidavit to the Oxford Police Dept. (See Oxford police body cam listed as Paul Lewis – Olsen time stamp 27min and 28sec thru 37min and 21sec)

Defendant – Appellees Donna Floyd *in her individual compacity and under the color of law, as a state actor,* by summiting her affidavit, *voluntary in her individual compacity and under the color of law*, as a state actor, violated USC title 18 subsection 241 and 242 by way of the Oxford Police Dept., to conspired with the Oxford Police Dept. to refrain Plaintiff – Appellant Paul Lewis and Paul Lewis minor child H.D.L. from practicing our constitutional right and refrained Plaintiff – Appellant Paul Lewis and Paul Lewis minor child H.D.L., from redressing our grievance to our Official State agency about the details of our child support case.

## Evidence of Finding of the Facts

Come Now, Plaintiff – Appellant Paul Lewis and thru Paul Lewis Minor child H.D.L., to present and fully incorporate evidence of finding of the facts to present to The United States District Court of Northern Mississippi, Oxford Division to support the fact of this Petition, from his personal evidence file as listed below.

A- Personal body cam videos and Ph videos

B- From the personal evidence file of Paul Lewis
    1- Oxford Police body cam listed as Paul Lewis- Olsen
    2- Oxford Police body cam listed as Paul Lewis-Howell
    2- Oxford Police body cam listed as Paul Lewis-King
    4 - Oxford Police body cam listed as Paul Lewis-Williams

C- US V Price
D- M.S. Stop and I.D. Laws
E- False imprisonment def, vs Kidnap.
F- Glick v cunning
G- Judgment of a sim case
H- Law Packet 08 22 2022
I- LETTER - letterhead says Goverment because of the gov. contract
J- M.S. Constitution
K- M.S. Stop and I.D. Laws
L- COHEN v CALIF - sincerity & Dept of feelings is not Disturbing the Peace or Disorderly Conduct
M- rebuttal & MS code - 97-35-7
N- Scott v Harris - vid evidence disputing LEO version
O- Soliciting trespass MS. code 97-17-99
P- U.S. Amendments 1-4-5-6-9-14
Q- Brown v Tx. - call for service does not mean presumed authority for a LEO
R- Assertion of P Lewis 08 22 2022
S- MDHS contract with Young Williams

## Petition for Relief

Come now, Plaintiff – Appellant Paul Lewis and thru Paul Lewis minor child (H.D.L.) to ask this court for relief of this civil rights violation claim under 42 USC 1983 claim, of an Official contracted employee company Young Williams *in there individual compacity acting under the color of law* and Donna Floyd *in her individual compacity acting under the color of law* an employee of Young Williams *Official Contracted Employee for the State of M.S Dept. of Child Support Department (MDHS)*, An State actor for the M.S. Dept. of Child Support Program.

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is seeking financial compensation for the damages caused by Defendant – Appellees

Plaintiff –Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is seeking financial compensation of $2,000,000.00 for the violation of Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) and prays the courts grands financial relief to Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.)

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is seeking accountability for a contracted State employee Donna Floyd *in her individual capacity, as a State actor for the State of M.S. and practicing under the color of law for the State of Mississippi*, for her individual involvement of civil rights violation for the following: Dereliction of duty under the color of law, Donna Floyd's involvement in my false imprisonment under the color of law, Donna Floyd's involvement in my kidnapping under the color of law, defamation of character under the color of law, U.S. Code, title 18 subsection 241 and 242, U.S. constitution violation of my 1st (prior restraint) , 9th and 14th amendments, Mississippi constitution violation of my 6th, 11th, 16th and 32 constitutions, Donna Floyd's involvement that has caused Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) to vacate their primary housing for a temporary period of time that caused financial hardship to Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), violation occurred on 08/22/2022

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is seeking accountability for a Official contracted State employee Young Williams *in their individual capacity, as an State of M.S. actor, operating under the color of law*, for their involvement of civil rights violation for the following: Dereliction of duty under the color of law, you're involvement in my false imprisonment under the color of law, you're involvement in my kidnapping under the color of law, defamation of character under the color of law, U.S. Code, title 18 subsection 241 and 242, U.S. constitution violation of my 1st (prior restraint) , 9th and 14th amendments and Mississippi constitution violation of my 6th, 11th, 16th and 32 constitutions, violation occurred on 08/22/2022

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is asking this court for all relief of any attorney's fees that may arise in the future and all court cost that may arise in the future, that is associated with these 42 USC 1983 law suit complaints including any reasonable expert witnesses fees and prays that the courts grand relief against the Defendant – Appellees for these cost, releasing any responsibility of Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.)

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), Understands The United States District Court of Northern District of Mississippi, Oxford Division has full jurisdiction of this case and is at the mercy of this court and prays this court award in favor of Plaintiff – Appellant of relief

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), be awarded damages as a jury shall determine from the evidence Plaintiff – Appellant is entitled to recovery

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), be awarded against the Defendant – Appellees in their individual capacity such punitive damages, as a jury shall determine from the evidence Plaintiff – Appellant is entitled to recover

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), be awarded pre-judgment and post-judgment at the highest rate allowed by law

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) be awarded such other and further relief to which Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.) is justly entitled to.

## Jury Demand

Plaintiff – Appellant Paul Lewis and Paul Lewis minor child (H.D.L.), request a trial by Jury

I Paul Lewis certify by my signature that the information above is true and accurate to the best of my knowledge based off of factual Information as proof of accuracy

SIGNITURE OF Paul Clarence Lewis _[signature]_

Signed on this (Mo) March (Day) 10, 20 23

Proof of Notary

Whose identity I proved on the basis of __MS DL__ Subscribed and sworn to before me in my Presence, This __10__ day of (Month) March 20 23, a Notary Public in and for the County of __Lee__ State of __Mississippi__

(Signature of Notary Public) _Maggie Weatherford_

My Commission expires (Mo) June (Day) 10th, 20 26

[Notary Seal: STATE OF MISSISSIPPI, MAGGIE WEATHERFORD, NOTARY PUBLIC, Lee County, Commission Expires June 10, 2026, COMMISSION NUMBER 124323]