IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PAUL LEWIS and minor child H.D.L.**                              **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO.: 3:23-CV-56-MPM-JMV**

**DONNA FLOYD, in her individual capacity acting under the color of law, and YOUNG WILLIAMS, Contractor for the M.S. Dept of Human Services Division of Child Support Enforcement, in the company's individual capacity and acting under the color of law**        **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…a jurisdiction defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue[—] pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B) (emphasis added). Because Defendant Young Williams has filed a motion to dismiss for failure to state a claim [14] and has raised therein the issue of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(4), staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** in accordance with the above local rule pending a ruling on the motion to dismiss for failure to state a claim [14]. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 30th day of June, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**