**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**PAUL LEWIS, individually**                                                          **PLAINTIFFS**
**and on behalf of H.D.L., a minor**

v.                                                                    No. 3:23-cv-00056-MPM-JV

**DONNA FLOYD, et al.**                                                            **DEFENDANTS**

## **ORDER**

In accordance with the Opinion and Order entered this day, Judgment is entered against Plaintiff Lewis, individually and on behalf of H.D.L., a minor, and in favor of Defendants Donna Floyd and YoungWilliams.

**SO ORDERED** this the 14th day of March, 2024.

                                                   /s/ Michael P. Mills
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**